UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JAMES A. GALLOGLY,**

    **Plaintiff,**

v.                                      Case No.  8:03-cv-2533-T-30EAJ

**RENE RODRIGUEZ, et al.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon a Notice to the Court (Dkt. #93) filed by former pro se Defendant Abusaid. Defendant's Notice states that his Motion to Alter Endorsed Order (Dkt. #64) filed on August 4, 2004, has been pending for over 180 days.

Defendant's Notice is incorrect. Defendant's aforementioned Motion was denied in an Endorsed Order (Dkt. #76) on February 10, 2005. And, this case has been dismissed.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-2533 Order.wpd